UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 7A

NORTHERN TOOL & EQUIPMENT, INC.

                                      Plaintiff,

     v.                                                                                                Court No. 22-00329

UNITED STATES

                                      Defendant.

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(l)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 2/26/25 _____

Jason M. Kenner

_____
Attorney for Plaintiff

675 Third Avenue, Suite 2400

_____
Street Address

New York, NY 10017

_____
City, State and Zip Code

212 549-0137

_____
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)